AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JULY 31, 2008 |
| NAME OF SERVER *(PRINT)* <br> JULIUS PANELL, ESQ | TITLE <br> 08-CV-6738-RMB - Summons & Complaint - RAY KELLY, CMSR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 100 CHURCH ST, 4th FLOOR, NYC LAW DEPT. OFFICE OF CORPORATION COUNSEL

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: AMANDA GONZALES, DOCKETING CLERK

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 31, 2008
                  Date

*Signature of Server*

144-67 41st AVENUE · FLUSHING NY 11355
*Address of Server*

[stamp: 2008 JUL 31 AM 8 52 CITY OF N.Y. LAW DEPART. OFFICE OF CORP. COUNSEL COMMUNICATIONS SECTION]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.